DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| Briggs v. City of Asheville<br><br>Case below:<br>159 N.C. App. 558 | No. 486P03 | 1. Respondent's PDR Under N.C.G.S. § 7A-31 (COA02-1296)<br><br>2. Petitioners' conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as moot |
|---|---|---|---|
| Camp v. Kimberly-Clark Corp.<br><br>Case below:<br>160 N.C. App. 595 | No. 586P03 | Def's Motion for Temporary Stay (COA01-68) | Denied<br>**11/13/03** |
| Freeman v. Triangle Grading & Paving, Inc.<br><br>Case below:<br>160 N.C. App. 415 | No. 540P03 | Defs' PDR Under N.C.G.S. § 7A-31 (COA02-1269) | Denied<br>**11/17/03** |
| Garrett v. Galloway<br><br>Case below:<br>160 N.C. App. 250 | No. 559P03 | 1. Def's PWC to review the Decision of the COA (COA02-1185)<br><br>2. Def's PWC to Review the Order of the COA | 1. Denied<br><br>2. Denied |
| Hutton v. Glosson Freightways, Inc.<br><br>Case below:<br>160 N.C. App. 250 | No. 531P03 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA02-390)<br><br>2. Def's Conditional PDR as to Additional Issues | 1. Denied<br><br>2. Dismissed as moot |
| In re Estate of Moore<br><br>Case below:<br>160 N.C. App. 85 | No. 534PA03 | Respondent's (Robert E. Monroe) PDR Under N.C.G.S. § 7A-31 (COA02-1248) | Allowed<br>**12/02/03** |
| In re Martin<br><br>Case below:<br>159 N.C. App. 466 | No. 519P03 | Petitioner's (Scott Farmer) PDR under N.C.G.S. § 7A-31 (COA02-1081) | Denied |
| In re O'Neal<br><br>Case below:<br>160 N.C. App. 409 | No. 551P03 | Respondent's (Chadwick O'Neal) PDR Under N.C.G.S. § 7A-31 (COA02-906) | Denied |
| In re Will of Smith<br><br>Case below:<br>159 N.C. App. 651 | No. 481P03 | Caveators' (Betty Smith Poole and Peggy Smith Scarboro) PDR Under N.C.G.S. § 7A-31 (COA02-607) | Denied |